IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Gary Emineth, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Alvin Jaeger, Secretary of State of North Dakota, in his official capacity; Wayne Stenehjem, Attorney General of North Dakota, in his official capacity; and Richard J. Riha, Burleigh County State's Attorney, in his official capacity, | ) ) ) ) ) ) ) | Case No. 1:12-cv-139 |
| | ) | |
| Defendants. | ) | |

Before the court is the Plaintiff's Motion for attorney Anne Marie Mackin to appear *pro hac vice* on his behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Anne Marie Mackin has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fees to the office of the Clerk. Accordingly, the Plaintiff's motion (Docket No. 6) is **GRANTED**. Attorney Anne Marie Mackin is admitted to practice before this court in the above-entitled action on behalf of the .

    **IT IS SO ORDERED.**

    Dated this 18th day of October, 2012.

                                                        */s/ Charles S. Miller, Jr.*
                                                        Charles S. Miller, Jr.
                                                        United States Magistrate Judge